UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leave to file without Prepayment of Cost **GRANTED**

*[signature]*
7/27/05

| | |
|---|---|
| JAWAD JABBER SADKHAN<br>Camp Delta<br>Washington, D.C. 20355<br><br>Petitioner<br><br>v.<br><br>GEORGE W. BUSH, President<br>of the United States<br><br>DONALD RUMSFELD, Secretary,<br>United States Department of Defense<br><br>JAY HOOD, Army Brigadier General,<br>Commander, Joint Task Force-GTMO<br><br>MICHAEL I. BUMGARNER, Army<br>Colonel, Commander, Joint Detention<br>Operations Group - JTF-GTMO<br><br>Respondents | Civil Action No.<br><br>CASE NUMBER 1:05CV01487<br>JUDGE: Rosemary M. Collyer<br>DECK TYPE: Habeas Corpus/2255<br>DATE STAMP: 07/28/2005 |

### PETITION FOR WRIT OF HABEAS CORPUS

FILED
JUL 2 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1487

05/28/2005

To the respected judge of the Civilian Court,

Peace and Allah's mercy and blessing be upon you

Memo of Protest:
I am the detainee JAWAD JABBER SADKHAN; an Iraqi immigrant, I used to live with my family in Afghanistan for approximately 4 years. After the events, on 01/03/2002, I was captured in my house, and I am still detained in Cuba. I 'm kindly requesting you to consider my case; I do not have any animosity against the United States or its Allies. The whole thing that, I used to live in Afghanistan, because I found who could provide for my family and me, the necessities of life; such as food, shelter, medicine and others. I wrote you this briefed letter as an objection for my detention because I do not have any other way to be in touch with you, and peace. My number is 433.

**FILED**

JUL 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1487

| GUAN-2005-T 02718 | POST CARD<br>the proponent agency is DCSPER. | DATE | ٢٠٠٥/٥/٢٨ |
|---|---|---|---|
| LANGUAGE | | POWER SERVED | |

*WRITE BETWEEN LINES AND AS LEGIBLY AS POSSIBLE*

الى سيادة قاضي المحكمه المنتخبة المحترم - السلام عليكم ورحمة الله وبركاته

م ٣/احتجاج   أني المعتقل جواد جبار سحبان بهائم عراقي كنت

اعيش مع عائلتي في افغانستان لما يقارب ٤ سنوات وبعد الأحداث

وبتاريخ ٢٠٠٤/١/٣ تم القاء القبض علي في بيتي ولا زلت محتجزاً في

كوبا فأرجو منكم النظر في قضيتي فأني لم أحمل اي عواد ضد

الولايات المتحده وحلفاءها كل ما هنالك اني كنت اعيش في افغانستان

لأني وجدت من يوفر لي ولعائلتي لوازم المعيشه من طعام ومسكن ودواء

وغيره وكتبت لكم هذه الورقه المحترمه احتجاجاً كما اصبر، لأني لا املك وسيله اخرى

للأتصال بكم والسلام

Reverse of DA Form 2662-R, May 82