IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAWAD JABBER SADKHAN,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,*<br><br>    Respondents. | Civil Action No. 05-CV-1487 (RMC) |
| JAWAD JABBAR SADKHAN, *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,*<br><br>    Respondents. | Civil Action No. 05-CV-1679 (RJL) |

**NOTICE OF MULTIPLE PETITIONS FILED BY
GUANTANAMO BAY DETAINEE**

Pursuant to the request of the Chambers of Chief Judge Hogan, respondents hereby notify the Court that Guantanamo Bay Detainee ISN 433 has filed petitions for writ of habeas corpus in each of the above-captioned cases. Detainee ISN 433 has filed petitions as Jawad Jabber Sadkhan in <u>Sadkhan v. Bush</u>, No. 05-CV-1487 (RMC), and as Jawad Jabbar Sadkhan in <u>Sadkhan v. Bush</u>, No. 05-CV-1679 (RJL).

Dated:  September 6, 2005         Respectfully submitted,

                                                                PETER D. KEISLER
                                                 Assistant Attorney General

        KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2000

Attorneys for Respondents

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2005, I caused a copy of the foregoing Notice of Multiple Petitions Filed by Guantanamo Bay Detainee to be served via U.S. Mail, First Class postage prepaid, on Guantanamo Bay Detainee ISN 433 at the following address:

        Camp Delta; Guantanamo Bay
        Washington, D.C. 20355

        /s/ Preeya M. Noronha
        PREEYA M. NORONHA
        United States Department of Justice
        Civil Division, Federal Programs Branch

        One of the Attorneys for Respondents