IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
                                )
JAWAD JABBAR SADKHAN,           )
                                )
                   Petitioner,  )
                                )
        v.                      )          Civil Action No. 05-CV-1487 (RMC)
                                )
GEORGE W. BUSH,                 )
        President of the United States, )
        *et al.,*               )
                                )
                   Respondents. )
_____ )

## NOTICE OF ENTRY OF APPEARANCE

        The undersigned hereby enters his notice of entry of appearance as attorney for Jawad Jabbar

Sadkhan in the above captioned matter. The undersigned is a member in good standing of the State

Bar of Michigan and certifies, pursuant to L. Cv. R. 83.2(g), that he is representing petitioner without

compensation.

                                Respectfully submitted,

                                By:   /s/ William A. Wertheimer, Jr.
                                William A. Wertheimer, Jr.
                                Counsel for petitioner Jawad Jabbar Sadkhan
                                30515 Timberbrook Lane
                                Bingham Farms, MI 48025
                                (248) 644-9200

                                Of Counsel
                                Barbara J. Olshansky
                                Center for Constitutional Rights
                                666 Broadway
                                New York, NY 10012
                                (212) 614-6439

Dated: 19 September 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon Preeya M. Noronha on 19 September 2005 by electronic mail using the CM/ECF system.

Signature:     s/William A. Wertheimer, Jr.