IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAWAD JABBAR SADKHAN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.,* )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-1487 (RMC)<br><br>**ORAL ARGUMENT REQUESTED** |

**PETITIONER'S BRIEF IN OPPOSITION TO
RESPONDENTS' MOTION TO STAY PROCEEDINGS**

**Introduction**

On 23 August 2005 the undersigned filed a petition for writ of habeas corpus on behalf of Jawad Jabbar Sadkhan through his next friend father, Jabbar Sadkhan Al-Sahlani, Case No. 05-1679. Unbeknownst to the undersigned on 28 July 2005 Jawad Jabbar Sadkhan had filed the above-captioned matter *pro se.* On 10 August 2005 respondents moved to stay proceedings in this matter. On 6 September 2005 respondents filed a notice of multiple petitions filed in this matter and in Case No. 05-1679. On 19 September 2005 the undersigned filed a notice of dismissal in Case No. 05-1679 and entered a notice of appearance in this matter. On 18 October 2005 petitioner through the undersigned filed a first amended habeas petition in this matter. Petitioner here responds to respondents' motion to stay proceedings.