To.......    May God's peace, mercy and blessings be upon you,
w/protest

*let this be filed. Rosemary M Colley 10/25/05  05-1487*

I am asking from your Excellencies to look into the legitimacy of my detention in the detention camp at Cuba. Since 1/3/2002 I have been a prisoner under investigation in the custody of the United States of America.

I begin my petition by introducing myself; the name is Jawwad Jabbar Sadkhan Al-Sahlani, Iraqi nationality. The address is Iraq-Basra-Um Qasr-Street 5, house number 54. Educational achievement, third year of middle school completed. Social state, married, and I have 4 children. Financial state, my father's monthly income is 1 dollar a month and they don't have any additional revenue and he is now responsible for my wife and my children and my mother and he himself needs care. Religion is Shi'a Muslim.

Me and my wife fled from Iraq in the year 1996/97 because of the accusation against me of sabotaging state funds after my wife's mother had been arrested and accused of complicity with me and sentenced to prison and a fine, so I had to flee.

I lived in Iran for close to one year and two months but it was a very difficult life and especially because I did not hold any official papers that would allow me to stay in an official manner in Iran and I would hear frequently of the Iraqis' emigration from Iran to Pakistan because there is no United Nations Office in Iran, until I met one of the Iraqis who convinced me to go to Pakistan so I emigrated to Pakistan in the year 1998 and went to the area of Quetta and I presented myself and my family, to the United Nations Office and I was surprised that they just gave me a paper that proved I was under the protection of the United Nations and did not help me with anything else. I went through a period of about two months and a half of starvation without housing and without food. In Iran I would at least find bread for my family but in Pakistan we would dream of bread, that's besides the diseases. We asked for some assistance from some Islamic organizations that were specialized for the Shi'a, but till when. Until we called one of my relatives and we asked him for help so he helped us with an amount. We could not stay in Pakistan so I decided to return to Iran before I could spend what I money I had and seeing as how I did not know the way or the language I asked two Iraqis for help taking me to Iran so they told me we will go through Afghanistan and after that to Iran. I did not have any information about Afghanistan. We left from Pakistan to Afghanistan and there were no difficulties and the road was open between the two countries. We entered Kabul; the capital of Afghanistan, and the decision was to go to Herat after we rested from the fatigue of the journey and especially since my wife was pregnant at that time. The Iraqis left but with no return, I stayed not knowing what to do and what the Iraqis had done with me, it was merely a game so they could get to Afghanistan at my expense for they also did not have money, but they knew that the Taliban would help immigrants and so they would not need me after they got to Kabul. I took my wife and my daughter and went to the Kabul police department. I left my wife outside the department and I entered and I met the deputy police chief and to my good fortune, or to my bad fortune, there was an

16 June 2005
Note: This is not an official translation.
OL-3

Iraqi there working with them and he had also fled from Iraq and was of Kurdish origin. They welcomed me and helped me as the Islamic Shari'a commands them to help immigrants. They obtained a house for me to live in with an Afghan family and they introduced me to the immigration department which in turn would give me monthly food supplies and after approximately eight months I moved from Kabul to Mazar Al Sharif and I stayed in Mazar Al Sharif, me and my family, living in a Taliban government house and getting my food free from them. They were also helping me with medicine and some other essential expenses.

I obtained work at a company that imported old cars from Uzbekistan and sold them in Afghanistan. I met a lot of people in Mazar Al Sharif and all the neighbors used to like me and after the attack that happened in the United States of America and the responsibility had been pinned on Al-Qaeda and the Taliban I left the city and I left everything that was associated with the Taliban from the house and the food to everything else, and I lived in a village on the outskirts of Mazar Al-Sharif and I had a taxi that I had bought at the company's expense and I kept working with it to provide food for my children until the fall of the Taliban and then the Northern Alliance came and I obtained from them a letter stating that I was not to be harassed, because I was an Iraqi immigrant and I helped them also by transporting some of their fighters with my car and I did not have any problem with the new state in Afghanistan, until problems arose between them and I was a victim, and I was handed over to the American forces on 1/3/2002 and at the time I was in my house with my wife and my children living on assistance from the village people after some mercenaries had taken my car that I worked with.

I have written to you this petition of mine imploring you for deliverance, taking into consideration that I was a runaway from Saddam Hussein's oppression and I am a Shiite and they are the Taliban and Al-Qaeda's enemies and yet I was living in Afghanistan between life and death among my enemies so that I could provide food for my children. And I am enclosing with my petition a testimony from the lawyer who was handling my case in Iraq that was the reason I fled. I am also enclosing testimonies of two eyewitnesses regarding my state of living in Iran as well as their phone numbers. Knowing that I do not have any political or religious inclinations and that I do not have any hostility towards the United States or otherwise and you have my thankfulness and appreciation and may God's peace, mercy and blessings be upon you.

(signature)

433
Jawwad Jabbar Sadkhan Al-Sahlany
6/8/2005


16 June 2005
Note: This is not an official translation.
OL-3

**SENDER:**
    Authority No. 8017
    Full name: Jabbar Sadkhan
    Family/Tribe name: Sadkhan Monshed
    Sex: M
    Nationality: Iraqi
    Address: Basrah-Um Qasr-Street 5
    Country: Iraq-House 54
    Postal/E.mail address: Basrah

**ADDRESSEE:**
    Authority No.: 005497
    Full Name: Jawad Jabbar
    Family/Tribe name: Jabbar Sadkhan
    Sex: M
    Address: Guantanamo
    Country: JJJ DCC
    Postal/E.mail address: X-Ray-DC 20353

**FAMILY NEWS ONLY**
    My son Jawad, I have obtained Mr. Badr Abd Al Aziz's telephone as per what you mentioned from Kathem Zueir. Mr. Badr's number is 00982517741537 and I telephoned Mr. Badr and asked him about you and he told me the following:

Jawad has a cart with which he sells vegetables and he lives in Qom Azar in the Jil Lakhteran district in a big house Iraqis' market. I lived with them and I stayed with him for one year and there were no holdings or papers with him. The last time he sent me a letter from Pakistan then news about him was cut off. (Mr. Abd Al Aziz).

Jabbar Sadkham Monshed
1/12/2005

16 June 2005
Note: This is not an official translation.
OL-3

**7. RED CROSS MESSAGE**

**8. SENDER:**
    Full name: Khaled Jawdeh
    Father's name: Jaafar
    Nationality: Iraqi
    Sex: M
    Place of Birth: Country: Iraq    Province: Basrah    District: Um Qasr
    Tel/ 417254
    Village, District or City: Basrah- Iraq

**9. ADDRESSEE:**
    ICRC No.: 005497
    Full Name: Jawad Jabbar
    Father's name: Jabbar Sadkhan
    Grandfather's name: Monshed
    Sex: M
    Place of Birth: Country: Iraq    Province: Basrah    District: Um Qasr
    Refugee Camp/Detention Place: Guantanamo
    Street: JJJ DCC
    Village, District or City: X-Ray-DC 20353

**10. INTERNATIONAL COMMITTEE OF THE RED CROSS**

**11. REPLY TO THE MESSAGE**
    To Jawad: Your father came to me and asked me about you and I told him that Jawad came to me, Jawad lived with me in Ahvaz then Jawad traveled to Qom and I traveled after him to Qom and stayed with him 5 days.
I met brother Jawad Jabbar Sadkhan in Iran and specifically in the Iranian Ahvaz and that was in (1996-1997) and we stayed together in this city for a period of time working together and we lived together like one family and most of our work is in (labor) and we also worked in garage as workers with a daily wage and the owner of the garage was called (Mr. Mansour) who was an Iranian citizen and from there brother Jawad traveled to the city of Qom and I stayed in Ahvaz with my family and after a short while I traveled to Qom and stayed with Jawad 5 days and asked him about his work so he said I sell vegetables in the Iraqi's market, its called Kuzr market and that was in the year 1997 and after that I returned to Iraq.

Khaled Jawdeh Jaafar
Tel/417254
1/12/2005

16 June 2005
Note: This is not an official translation.
OL-3

**SENDER:**
    Authority No. 8017
    Full name: Jabbar Sadkhan
    Family/Tribe name: Sadkhan Monshed
    Sex: M
    Nationality: Iraqi
    Address: Basrah-Um Qasr-Street 5
    Country: Iraq-House 54
    Postal/E.mail address: Basrah

**ADDRESSEE:**
    Authority No.: 005497
    Full Name: Jawad Jabbar
    Family/Tribe name: Jabbar Sadkhan
    Sex: M
    Address: Guantanamo
    Country: JJJ DCC
    Postal/E.mail address: X-Ray-DC 20353

**FAMILY NEWS ONLY**
    My son Jawad, I have obtained Mr. Badr Abd Al Aziz's telephone as per what you mentioned from Kathem Zueir. Mr. Badr's number is 00982517741537 and I telephoned Mr. Badr and asked him about you and he told me the following:

Jawad has a cart with which he sells vegetables and he lives in Qom Azar in the Jil Lakhteran district in a big house Iraqis' market. I lived with them and I stayed with him for one year and there were no holdings or papers with him. The last time he sent me a letter from Pakistan then news about him was cut off. (Mr. Abd Al Aziz).

Jabbar Sadkham Monshed
1/12/2005

16 June 2005
Note: This is not an official translation.
OL-3

### 7. RED CROSS MESSAGE
### 8. SENDER:
    Full name: Salim Abd Al Khodr Essaf Al Konany
    Father's name: Abd Al Khodr Essaf Youssef Al Konany
    Grandfather's name: Essaf Youssef Ahmad Al Konany
    Mother's name: Fakhriyah Yacoub
    Nationality: Iraqi
    Date of Birth: 5/23/1962    Sex: M
    Place of Birth: Country: Iraq    Province: Basrah    District: Um Qasr

### 9. ADDRESSEE:
    ICRC No.: ABZ-5497
    Full Name: Jawad Jabbar Sadkhan
    Father's name: Jawad Jabbar Sadkhan
    Sex: M
    Refugee Camp/Detention Place: Guantanamo
    Street: JJJ DCC
    Village, District or City: X-Ray-DC 20353

### 10. INTERNATIONAL COMMITTEE OF THE RED CROSS

### 11. REPLY TO THE MESSAGE
    I am the lawyer Salim Al Konany and the father of Jawad Jabbar Sadkhan, the accused, has contacted me to retain my services in Jawad's case, who was wanted by the Iraqi authorities during the rule of the deposed president Saddam Hussein on charges of sabotaging state funds in cooperation with the accused Nehad Abdul Karim, who was arrested and sentenced to prison and a fine ███████████. And the accused Jawad was on the run at that time and was not arrested and the expenses of defending him were enormous ███████ and his father failed to pay them which led the accused to flee from Iraq in an unofficial way.

With Respect.

(signed)
Signature: Attorney Salim Al Konany
Date: 3/17/2005
Relationship between me and the addressee: Defense lawyer





16 June 2005
Note: This is not an official translation.
OL-3

## 7. RED CROSS MESSAGE
## 8. SENDER:
    Full name: Jabbar Sadkhan Monshed
    Father's name: Jabbar Sadkhan Monshed
    Sex: M
    Place of Birth: Country: Iraq    Province: Basrah    District: Um Qasr
    Street: Basrah- Um Qasr- Street 5
    House No.: 54

## 9. ADDRESSEE:
    ICRC No.: ABZ-5497
    Full Name: Jawad Jabbar Sadkhan
    Father's name: Jawad Jabbar Sadkhan
    Grandfather's name: Sadkhan Monshed
    Sex: M
    Refugee Camp/Detention Place: Guantanamo
    Street: JJJ DCC
    Village, District or City: X-Ray-DC 20353

## 10. INTERNATIONAL COMMITTEE OF THE RED CROSS

## 11. REPLY TO THE MESSAGE
    In the name of God, the most compassionate, the most merciful

    My dear son Jawad, I was in a great dispute with you not out of hate for you but out of love for you and because I did not want you to fall into a problem like this, I wanted to protect you and protect myself and protect your mother and protect your siblings by staying with us, but you didn't listen to me and now you are lost in this problem and you have made us suffer more than you are suffering because we are now waiting for speedy relief and for you to return to us because we have become helpless and we have no one but you because we need you to take care of us in our last days and peace to you.

Your father,
Jabbar Sadkhan
1/5

16 June 2005
Note: This is not an official translation.
OL-3

م/ احتجاج

ارجو من سيادتكم النظر في صلاحية احتجازي في معتقل كوبا منذ ٢٠٠٤/١/٣
وانا سجين تحت دست التحقيق عند الولايات المتحدة الامريكية
وابدأ بريض هذه بتعريف نفسي الاسم جواد جبار سرحان السهلاني
عراقي الجنسية بعنوان عراق - بصرة - ام قصر - شارع ٥
رقم الدار ٤٥ التحصيل الدراسي الثالث متوسط، حالة لا عسكرية
متزوج وعندي اربعة اطفال الحالة المادية الرجل الشهري
لوالدي ٨٠ دولار وامر شهريا ولا يوجد عندهم موارد اخرى
وهو الآن مسؤول من زوجتي واطفالي وامه وهو نفسه يحتاج
الى رعايه. الديانة مسلم من الشيعة.
هربت من العراق انا وزوجتي في سنه ١٩٩٧/٩٦م لاتهامي
بتخريب اموال الدوله بعد ان تم القاء القبض علي ١ ٢ زوجتي
وانهما بانها مشتركه معي وتم الحكم عليها بالسجن والغرامة
غادرت انا بالفرار.

عشت في ايران ما يقارب سنه وشهرين وكلها كانت عيشه
صعبه جدا وحاصنتا أياما اكن احمل اوراق رسميه تسمح لي بالبقاء
بصوره رسميه في ايران وكانت هجره العراقيين من ايران الى
باكستان اسمح بها بكثره لانه لا يوجد مكتب للأمم المتحده
في ايران حتى التقيت باحد العراقيين الذي اقنعني بالذهاب
الى باكستان فهاجرت الى باكستان سنه ١٩٩٨م وذهبت الى
منطقة كويته وقدمت نفسي انا وعائلتي الى مكتب الامم
المتحده وتفاجأت انهم اعطوني فقط ورقه تثبت باني تحت حماية
الامم المتحده ولم يساعدوني بشيء فمرت بي فتره ملت تقريبا شهرين
ونصف من المجاعة بدون سكن وبدون طعام كانت ان ايران على الاقل
اجد الخبز لعائلتي ولكن في باكستان يقينا ا نحلم بالخبر غير الامراض
طلبنا بعض المساعدات من بعض المؤسسات الاسلامية التي تخص الشيعة

ولكن إلى متى هذا اصلنا أحد أقاربي وطلبنا منه مساعدنا فساعدنا بمبلغ لا نستطيع الاستمرار به في باكستان فقررت أن ارجع إلى إيران قبل أن اصرف ما عندي من النقود وبما انني لا أعرف الطريق ولا اللغة استئجرت باكستاني عراقي الأصل ليوصلني إلى إيران فقالوا لي ان نذهب عن طريق افغانستان توجهنا إلى إيران لم تكن عندي اية معلومات من افغانستان تحركنا من باكستان إلى افغانستان ولم تكن تؤثر أي صعوبات وكان الطريق مفتوح ما بين الدولتين دخلنا كابل عاصمة افغانستان وكان القرار ان نذهب إلى هراة بعد ان نستريح من تعب السفر وحالياً كانت زوجتي حامل في ذلك الوقت . خرج العراقيين ولكن بدون عودة بقيت لا أعرف ماذا أفعل وما حمله بي العراقيين كان مجرد نعبه حتى يصلون على ملين مساري إلى افغانستان فهم أيضاً لا يملكون نقود ولكن كانوا يعرفون ان الطالبان يساعدون المهاجرين وبذلك لا يحتاجون لي بعد أن وصلنا كابل أخذت زوجتي وطفلي وذهبت إلى مديرية شرطة كابل تركت زوجتي خارج المديرية ودخلت أنا وقابلت معاون مدير الشرطة وحسن حفي او لسود حفي كان هناك عراقي يعمل معهم وهو أيضاً عربي من العراق واصله كردي استقبلوني وساعدوني بما يحكم عليهم في الشريعة الإسلامية نجا عدة المهاجرين وحصلوني على بيت أعيش به مع عائلة افغانية وعرفوني على وراء المهاجرين الذي بدوره كان تقطيني مواد غذائية شهرية وبعد تقريباً ثلاثة أشهر انتقلت من كابل إلى مزار شريف وبقيت في مزار شريف انا وعائلتي أعيش في حكومة الطالبان وأأخذ طعامي مجاني منهم كما كانوا يساعدون في الدواء وغيره من بعض المصاريف الضرورية .

حصلت على عمل بشركة تستورد السيارات القديمة من أمريكا أن
وتبيعها في افغانستان تعرفت على أناس كثيرة في مزار شريف وكل
الجيران كانوا يحبونني وبعد باحدث في الولايات المتحدة الأمريكية
من العدوان وتم تحميل المسؤولية على القاعده والطالبان
تركت المدينة وتركت جميع شيء له علاقه بالطالبان من
بيت ومطعام وغيره ومشيت فقريه في اطراف مزار شريف وكان
عندي سيارة اجرة اشترتها مال صاحب الشركة وبقيت اعمل
عليها لأوفر اطعام لأطفالي حتى صقوط الطالبان وجاء
التحالف الشمالي وحصلت منهم على ورقة عدم التعرض لي
لأني مهاجم من العراق ومشاركتهم ايضا بنقل بعض المقاتلين
لهم بسيارتي ولم تكن عندي اي مشاكل مع الدوله الجديده
في افغانستان حتى حدثت مشاكل بينهم وكنت انا ضحية
وتم تسليمي للقوات الامريكية بتاريخ ٣/١/٢٠٠٣م وكنت
في وقتها في بيتي مع زوجتي واطفالي نعيش على مساعدات
اهل القريه بعدان اخذ بعض المرتزقه سيارتي التي
اعمل عليها.

كتبت لكم قرصتي هذه راجيا منكم النظر بين الاشياء
انا كنت هارب من ظلم صدام حسين واي من الشيعه وهم
اعداء للطالبان والقاعده وكنت اعيش في افغانستان
بين الحياة والموت بين اعدائي حتى أوفر لأطفالي اللقمه وارفق
لكم مع عرضتي هذه شهادة العمام الذي كان يتابع قضيتي في
العراق التي هربت بسببها كما ارفقت لكم شهادة اثنين من شهود
العيان على كيفيه معيشتي من ايران وارقام تلفونا لهم ايضا
على انه لا يوجد عندي اي ميول سياسي وديني ولا يوجد عندي اي ضد الولايات المتحده وغيرها
ولكم الشكر والتقدير والسلام عليكم ورحمة الله وبركاته

٤٣٣
جواد جبار رمضان السهلاني
٢٠٠٥/٢/١٨م

8015
US433

## 7. RED CROSS MESSAGE
رسائل الصليب الأحمر

BAS

16-03-2005

### 8. SENDER / المرسل

- **ICRC No.**:
- **Full name**: Khaled Jawdeh — جابر جودة جعفر
- **Father's name**: Jaafar — جعفر
- **Grand-father's name**:
- **Mother's name**:
- **Nationality**: عراقية
- **Date of birth**:    Sex: M ✓
- **Place of birth**: country: العراق   province: البصرة   district: ام قصر   village:
- **Refugee camp/Detention place**:
- **Street**: م/ 054 SW
- **Village, District or City**: Bashwat — الحواز - البصرة
- **Province/Country**:    House No:

---

APPROVED BY
US FORCES

### 9. ADDRESSEE / المرسل إليه

- **ICRC No.**: 005497
- **Full name**: Jawad Jabbar — جواد جبار
- **Father's name**: Jabbar Sadkhan — جبار سدخان
- **Grand-father's name**: Manshed — منشد
- **Mother's name**:
- **Nationality**:
- **Date of birth**:    Sex: M ✓

JTF/ JDOG S-2
- **Place of birth**: GUANTANAMO BAY, CUBA   country: العراق   province: البصرة   ام قصر
- **Refugee camp/Detention place**: Guantanamo
- **Street**: JJJ DCC
- **Village, District or City**: X Ray - DC 20353
- **Province/Country**:    House No:

### 10. INTERNATIONAL COMMITTEE OF THE RED CROSS
اللجنة الدولية للصليب الأحمر
19, av. de la Paix - 1202 Geneva, Switzerland

MCR/EN-AR/10.01/ACR

APPROVED BY US FORCES
APR
JTF/DOG-S-2
GUANTANAMO BAY, CUBA

## 11. REPLY ON THE MESSAGE
### الرد على الرسالة

Family and/or private news only
أخبار شخصية أو عائلية فقط

BAS

الاخواد لفترة جاءين والدك موسى لذلك وذهبت
لـ ان جواد جاءني جواد وسكن معي في الاهواز ثم
سافر جواد الى قم وسافرت وراءه الى قم وبقيت بعد
١٠ ايام

التقيت بالاخ جواد جبار رمضان من ايران وبالتحديد
من الاهواز الايرانية وذلك في (١٩٩٦ - ١٩٩٧) وبقينا
معاً في جده ثم المدينة فترة من الزمن نعمل سويا عملنا
معاً كعائلة واحدة وكان ابن عمنا صوفيا (العمالة) وعملنا
ايضا في كراج عمال بأجره يومية وكان صاحب الكراج يدعى
(السيد منصور) ايراني الجنسية ومنهم سائر الاخ جواد الى
مدينة قم وبقيت انا في الاهواز مع عائلتي وبعد فترة قصيرة سافرت
الى قم وبقيت مع جواد ١٠ ايام وسالته عن عمله عمال السيح الخضراء
ياسوق العرائس اسمه سوق الكررود وذلك في عام ١٩٩٧ وبعدها رجعت الى
العراق

12.
خالد جوده جعفر
Signature ............ الامضاء
٢٠٠٥/٩/١٤
Date ............ التاريخ
The addressee is my ............ علاقة الصلة بيني وبين المرسل إليه

8015 BACK

**CENTRAL TRACING AGENCY**
**INTERNATIONAL COMMITTEE OF THE RED CROSS**
GENEVA - SWITZERLAND

**RED CROSS MESSAGE**

وكالة البحث المركزية
اللجنـة الدوليـة
للصليب الاحمر
جنيف - سويسرا
رسالة الصليب الاحمر

**SENDER** المرسـل

8017

Authority No. .................... ICRC No. .................... رقم الصليب
Full name: Jabbar Sadkhan — الاسم الكامل جبار سدخان
Family/Tribe name: Sadkhan Monshed — اسم العائلة/العشيرة سدخان منشد
Sex: [M ✓]  [F]  الجنس
Mother's name: .................... اسم الأم
Date of birth: .................... تاريخ الميلاد
Nationality: .................... عراقي .................... الجنسية
Address: البصرة - ام قصر - شارع .................... العنوان
Country: الجوائر - منزل .................... البلــد
Postal / E.mail address: Busrah .................... العنوان البريدي/الالكتروني
Telephone: .................... رقم الهاتف

**ADDRESSEE** المرسل اليه

Authority No. .................... ICRC No. 605497 .................... رقم الصليب
Full name: Jawad Jabbar — الاسم الكامل جواد جبار سدخان
Family/Tribe name: Jabbar Sad — اسم العائلة/العشيرة جبار سدخان
Sex: [M ✓]  [F]   الجنس

**APPROVED BY US FORCES**

Mother's name: .................... اسم الأم
Date of birth: .................... تاريخ الميلاد
Nationality: .................... الجنسية
Address: Guantanamo .................... العنوان
Country: JJJDCC   JTF/ JDOG S-2   GUANTANAMO BAY, CUBA .................... البلــد
Postal / E.mail address: X-Ray - DC 20353 .................... العنوان البريدي/الالكتروني
Telephone: .................... رقم الهاتف

Please write very clearly                    الرجاء الكتابة بخط واضح جدا

## FAMILY NEWS ONLY
أخبار عائلية فقط

لقد حصلت وتحصلت على تلفون استاذ بدر عبد العزيز
حسين عائلياً أنت عندك كامل رقم زوري
ورقم استاذ بدر هو ٧٧٥٢٦١٧٧٤٥٠٣٧ ٩٨...

واتصلت باستاذ بدر مساء عندي وقال لي عليكم
انه جواد عنده عربانه يسيح بها مضروات
وساكن في عم ازرع هذه جبل لا قرآن في بيت كبير
سوف ابراتيسيا سكنت معهم ولقيت هذه سنة
ولاية مدينة سليمك لكان أوراقي اعز مره
بعث لي رسالة من باكستان ثم انقطعت اخبارو
(استاذ بدر عبد العزيز)

APPROVED BY
US FORCES

APR ( )

JTF/ JDOG S-2
GUANTANAMO BAY, CUBA

Date ٢٠٠٥/١/١٨   التاريخ    Signature _____ التوقيع

The addressee is my _____ صلة قرابة المرسل اليه

8∅17

# 7. RED CROSS MESSAGE
رسائل الصليب الأحمر

**BAS**

8242
14-04-2005
ك1453

## 8. SENDER / المرسل

| Field | Value (Arabic) |
|---|---|
| ICRC No. | |
| Full name | سالم عبد الحفيظ عساف الكناني |
| Father's name | عبد الحفيظ عساف يوسف الكناني |
| Grand-father's name | عساف يوسف اصبح الكناني |
| Mother's name | حربيه معجون |
| Nationality | عربيه |
| Date of birth | 27/5/1964 |
| Sex | M |
| Place of birth | (illegible) |
| Refugee camp/Detention place | |
| Street | |
| Village, District or City | |
| Province/Country | |
| House No. | |

## 9. ADDRESSEE / المرسل إليه

ICRC No. ABZ-5497
Full name: جواد جبار سلطان
Father's name: Jawad Jabbar S...

**APPROVED BY US FORCES**

MAY 26 2005

Place of birth: ............
Refugee camp/Detention place: Guantanamo — JTF/JDOG S-2, GUANTANAMO BAY, CUBA
Street: JJJ DCC
Village, District or City: X-Ray-DC 20353
Province/Country: ............
House No.: ............

JTF JDOG S-2
GUANTANAMO BAY, CUBA

## 10. INTERNATIONAL COMMITTEE OF THE RED CROSS
اللجنة الدولية للصليب الأحمر
19, av. de la Paix - 1202 Geneva, Switzerland

MCR/EN-AR/10.01/ACR



**7. RED CROSS MESSAGE**

رسائل الصليب الأحمر    US 433

**8. SENDER / المرسل**

ICRC No. ..................

Full name ... APPROVED BY ... جبار سرحان منشد ... الاسم بالكامل

Father's name ... US FORCES Sarhan Monshed ... اسم الوالد بالكامل

Grand-father's name .................. اسم الجد

Mother's name .................. اسم الوالدة

Nationality MAY 3 0 2005 .................. الجنسية

Date of birth .................. تاريخ الميلاد   Sex [F] [M]✓ [I]  الجنس

Place of birth { village/القرية  district/المنطقة  province/المحافظة  country/البلد } مكان الميلاد
JTF/JDOG S-2   ام قصر   البصرة   العراق
GUANTANAMO BAY, CUBA

Refugee camp/Detention place .................. معسكر اللاجئين/مكان الأسر

Street ... البصرة – ام قصر – شارع 5 .................. الشارع

Village, District or City .................. القرية/المنطقة أو المدينة

Province/Country .................. المحافظة/البلد   House No. ... 5 ... رقم المنزل

**9. ADDRESSEE / المرسل إليه**

ICRC No. ABZ-5497 ..................

Full name ... جواد جبار سرحان ... الاسم بالكامل

Father's name Jawad Jabbar Sadkhan .................. اسم الوالد بالكامل

Grand-father's name Sadkhan Monshed .................. اسم الجد

Mother's name .................. اسم الوالدة

Nationality .................. الجنسية

Date of birth .................. تاريخ الميلاد   Sex [F] [M]✓ [I]  الجنس

Place of birth { village/القرية  district/المنطقة  province/المحافظة  country/البلد } مكان الميلاد

Refugee camp/Detention place Guantanamo .................. معسكر اللاجئين/مكان الأسر

Street ... JJJ DCC .................. الشارع

Village, District or City X-Ray-DC 20353 .................. القرية/المنطقة أو المدينة

Province/Country .................. المحافظة/البلد   House No. .................. رقم المنزل

**10. INTERNATIONAL COMMITTEE OF THE RED CROSS**
اللجنة الدولية للصليب الأحمر
19, av. de la Paix - 1202 Geneva, Switzerland

MCR/EN-AR/10.01/ACR

**11. REPLY TO THE MESSAGE**

APPROVED BY
US FORCES
MAY 3 0 2005

BAS

*Family and/or private news only*
لشخصية او عائلية فقط

JTF/JDOG S-2
GUANTANAMO BAY, CUBA

بسم الله الرحمن الرحيم

ولدي العزيز جهاد انا لمت حياتك من خلاف شديد ليس كرهاً بك ولكن حباً الك ولم اريدك ان تقع في مشكله مثل هذه اردت ان اجملك واحمي نفسي واحمي اهلي واحمي اخواتك من بقائك هنا ولكن لم تسمعني والان انت ضائع في هذه المشكله وعذبتنا الان من اجلك ارنا نحن الان ننتظر الفرج السريع وان تعود لنا لانه اجنة احسينا عاجزين ولا يوجد لنا احد عزيزك لانه نريدك ان تعتني بنا من اجر عمرنا ولك السلام

والدك
جبار سيدخانم

Date ١/٥     12. Signature ........  الامضاء ........  التاريخ

The addressee is my ........  علاقة الصلة بيني وبين المرسل إليه