IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAWAD JABBER SADKHAN,<br><br>      Petitioner,<br><br>      v.<br><br>GEORGE W. BUSH,<br>      President of the United States,<br>      *et al.,*<br><br>      Respondents. | Civil Action No. 05-CV-1487 (RMC) |

**(PROPOSED) ORDER**

Having considered Respondents' Unopposed Motion for an Extension of Time to Submit Classified Versions of the Factual Return Pertaining to Petitioner Jawad Jabber Sadkhan, it is hereby

ORDERED that Respondents' Motion is GRANTED. Respondents shall submit the classified versions of the factual return pertaining to petitioner Jawad Jabber Sadkhan on or before January 13, 2006. Respondents shall submit the unclassified version of the factual return by January 3, 2006.


Dated: _____           _____
                                                                                            ROSEMARY M. COLLYER
                                                                                            United States District Judge