## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOAZZAM BEGG, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, PRESIDENT )<br>OF THE UNITED STATES, *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 04-1137 (RMC) |
| OMAR DEGHAYES, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, PRESIDENT )<br>OF THE UNITED STATES, *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 04-2215 (RMC) |
| ABDUL SALAM ZAEEF, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, PRESIDENT )<br>OF THE UNITED STATES, *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-660 (RMC) |

| | |
|---|---|
| MOHSEN ABDRUB ABOASSY, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH, PRESIDENT<br>OF THE UNITED STATES, *et al.*,<br><br>    Respondents. | Civil Action No. 05-748 (RMC) |
| MUHIBULLAH, *et al.*,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, PRESIDENT<br>OF THE UNITED STATES, *et al.*,<br><br>    Respondents. | Civil Action No. 05-884 (RMC) |
| SHARBAT KHAN, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH, PRESIDENT<br>OF THE UNITED STATES, *et al.*,<br><br>    Respondents. | Civil Action No. 05-890 (RMC) |

|  |  |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, PRESIDENT ) <br> OF THE UNITED STATES, *et al.*, ) <br> ) <br> Respondents. ) | Civil Action No. 05-1124 (RMC) |

|  |  |
|---|---|
| ABDUL HAKIM ABDUL KARIM AMIN ) <br> BUKHARI, *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, PRESIDENT ) <br> OF THE UNITED STATES, *et al.*, ) <br> ) <br> Respondents. ) | Civil Action No. 05-1241 (RMC) |

|  |  |
|---|---|
| MOTAI SAIB, *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, PRESIDENT ) <br> OF THE UNITED STATES, *et al.*, ) <br> ) <br> Respondents. ) | Civil Action No. 05-1353 (RMC) |

|  |  |
|---|---|
| **JAWAD JABBAR SADKHAN,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**GEORGE W. BUSH, PRESIDENT** )<br>**OF THE UNITED STATES,** *et al.*, )<br>)<br>Respondents. )<br>) | **Civil Action No. 05-1487 (RMC)** |

|  |  |
|---|---|
| **NABIL,** *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>**GEORGE W. BUSH, PRESIDENT** )<br>**OF THE UNITED STATES,** *et al.*, )<br>)<br>Respondents. )<br>) | **Civil Action No. 05-1504 (RMC)** |

|  |  |
|---|---|
| **ABBAR SUFIAN AL HAWARY,** *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>**GEORGE W. BUSH, PRESIDENT** )<br>**OF THE UNITED STATES,** *et al.*, )<br>)<br>Respondents. )<br>) | **Civil Action No. 05-1505 (RMC)** |

| | | |
|---|---|---|
| SHAFIIQ, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | **Civil Action No. 05-1506 (RMC)** |
| GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

| | | |
|---|---|---|
| MOHAMMED AL-QAHTANI, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | **Civil Action No. 05-1971 (RMC)** |
| GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

| | | |
|---|---|---|
| DR. ABU MUHAMMED, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | **Civil Action No. 05-2087 (RMC)** |
| GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

| | |
|---|---|
| MOHAMMED ABDUL RAHMAN AL-SHIMRANI, *et al.*, )<br><br>Petitioners, )<br><br>v. )<br><br>GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES, *et al.*, )<br><br>Respondents. ) | Civil Action No. 05-2249 (RMC) |
| AHMED BEN BACHA, *et al.*, )<br><br>Petitioners, )<br><br>v. )<br><br>GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES, *et al.*, )<br><br>Respondents. ) | Civil Action No. 05-2349 (RMC) |
| JOBRAN SAAD AL-QUHTANI, *et al.*, )<br><br>Petitioners, )<br><br>v. )<br><br>GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES, *et al.*, )<br><br>Respondents. ) | Civil Action No. 05-2387 (RMC) |

|   |   |   |
|---|---|---|
| **TALAH AHMED MOHAMMED ALI ALMJRD**, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2444 (RMC) |
| **GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES**, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

## ORDER

On December 30, 2005, President Bush signed into law H.R. 2863, the Department of Defense, Emergency Supplemental Appropriations to Address Hurricanes in the Gulf of Mexico, and Pandemic Influenza Act of 2006 ("the Act"). Section 1005(e) of the Act, entitled Judicial Review of Detention of Enemy Combatants, raises serious questions concerning whether this Court retains jurisdiction to hear the above-captioned cases. The question of whether this Court retains jurisdiction to entertain these matters is currently pending resolution by the United States Court of Appeals for the District of Columbia Circuit. Accordingly, it is this 27th day of January, 2006, hereby

**ORDERED** that all pending motions in the above-captioned cases are **DENIED WITHOUT PREJUDICE** until such time as the District of Columbia Circuit resolves the question of this Court's jurisdiction to adjudicate these cases.[1]  It is further

**ORDERED** that all action in the above-captioned cases is **STAYED** pending the

---

[1] If the District of Columbia Circuit concludes that this Court retains jurisdiction of these cases, the parties may file motions to reinstate the pending motions.

jurisdictional ruling of the District of Columbia Circuit.

**SO ORDERED.**

                                                         /s/
                                      ROSEMARY M. COLLYER
                                      United States District Judge

Date: January 27, 2006.