IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAWAD JABBAR SADKHAN,  )  <br>  )  <br> Petitioner, ) <br>  )  <br> v.  )  <br>  )  <br> GEORGE W. BUSH,  )  <br> President of the United States, ) <br> *et al.,*  )  <br>  )  <br> Respondents. ) | Civil Action No. 05-CV-1487 (RMC) (AK) |

**ORDER**

Upon consideration of the Motion to Compel Enforcement of the Amended Protective Order,

**IT IS HEREBY ORDERED** that the Privilege Team shall abide by the Protective Order and review the two page document which it has characterized in its 1 June 2006 memorandum as "two pages allegedly from another detainee confessing to lying about Counsel's client."

**IT IS SO ORDERED.**

_____
Alan Kay
United States District Court Magistrate Judge

Dated: _____