IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAWAD JABBAR SADKHAN, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1487 (RMC) (AK) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.,* | ) ) ) ) | |
| Respondents. | ) ) ) | |

## DECLARATION OF WILLIAM A. WERTHEIMER, JR.

Declarant, William A. Wertheimer, Jr., upon penalty of perjury, declares that the following is true to the best of his knowledge, recollection and belief.

1.  I am an attorney at law and represent Jawad Jabbar Sadkhan, an Iraqi national being detained in Guantanamo Bay by the United States military.

2.  The protective order issued by Judge Green as reported at 344 F.Supp.2d 174 (D. D.C. 2004) has been entered in this case at Docket Number 13.

3.  On 18 May 2006, the Court Security Officer advised me that it had received an envelope of detainee mail from Guantanamo.

4.  On 18 May 2006 I advised the Court Security Officer to submit it to the Privilege Team for review and declassification. A copy of the e-mail correspondence is attached as Exhibit A.

5.  On 1 June 2006, a representative of the Court Security Office faxed me a three page letter from my client along with a memo from the Privilege Team. Exhibit B is a copy of that

memo.

6.      I am attempting to put together a factual case on behalf of my client for a habeas hearing.

7.      As part of that defense, I am attempting to secure affidavits or other statements from fact witnesses.

Further declarant sayeth not.

I declare under penalty of perjury that the above is true and accurate.

Executed this 29 day of June 2006.


By: s/William A. Wertheimer, Jr.
    William A. Wertheimer, Jr.