From:      Bill Wertheimer <wert@tir.com>
To:        "Erin.Hogarty@usdoj.gov"
Subject:   Re: GTMO Mail
Date:      May 18, 2006 5:31 PM

Erin:

Please submit it to the privilede team for review and de-classification.

Bill Wertheimer

```
-----Original Message-----
>From: "Erin.Hogarty@usdoj.gov" <Erin.Hogarty@usdoj.gov>
>Sent: May 18, 2006 11:40 AM
>To: "wert@tir.com" <wert@tir.com>
>Subject: GTMO Mail
>
>Mr. Wertheimer,
>
>Please be advised that we have received one envelope of detainee mail addressed
to you from GTMO. It will be placed in your drawer at the facility this afternoon.
>
>Kind Regards,
>Erin
>
>Erin Hogarty
>Security Specialist
>Litigation Security Section
>U.S. Department Of Justice
>20 Massachusetts Ave. NW, Ste 530
>Washington, DC 20530
```