**PRIVILEGED MATERIAL**

June 1, 2006

MEMORANDUM FOR: Court Security Officer

Fm: Privilege Team

re: 3rd Party Communications (Wertheimer)

ref: Amended Protective Order and Procedures for Counsel Access

We have reviewed Counsel's submission of five pages, submitted on 18 May 2006. The material is composed of three pages from the client to the counsel and two pages allegedly from another detainee confessing to lying about Counsel's client.

Although we attempt to work with counsel, this situation is not authorized under the protective order and we are not authorized to process third party communications.

Paragraph IV.B.5 of Exhibit A of the Amended Protective Order specifically states "In the event any non-legal correspondence or messages from a detainee to individuals other than his counsel (including family/friends or other attorneys) are sent to counsel as, or included with, legal mail, counsel shall return the documents to military personnel at Guantanamo so they can be processed according to the standard operating procedures for detainee non-legal mail."

As the document stands, there are a number of issues. First, the name on the document does not match the name of the detainee whose ISN is stated in the letter. Second, the document, although addressed to "The Supreme Court of the United States and to Whom It May Concern and to Attorney William." Also, according to the letter, the information has already been provided to the military at Guantanamo.

We recognize that counsel wishes this to be cleared. Three possible means would be for counsel to file this letter with the court, file it as part of a letter to the annual review board at Guantanamo, or to waive attorney work product confidentiality (vice privilege), allowing us to send the letter back down to Guantanamo for review.

We return the document unprocessed pending counsel's decisions.

Privilege Team

**PRIVILEGED MATERIAL**