IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAWAD JABBAR SADKHAN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.,* )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-1487 (RMC) (AK) |

### NOTICE OF FILING AND SUMMARY OF PETITIONER'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL PRIVILEGE TEAM COMPLIANCE WITH THE AMENDED PROTECTIVE ORDER AND MOTION TO LIFT STAY

As required by the Amended Protective Order, the undersigned gives notice that on 20 July 2006 a copy of petitioner's reply memorandum in support of motion to compel privilege team compliance with the amended protective order was submitted by mail to the Court Security Officer for clearance for public filing.

The reply memorandum argues that the Supreme Court has held ruled that this Court has jurisdiction over this matter, that for that reason the Court should lift its stay and that the privilege team has improperly refused to perform classification review of a statement petitioner seeks to provide his counsel from another detainee admitting to lying about petitioner.

The motion will be filed via the electronic case filing system when it has been cleared by the Court Security Officer.

        Respectfully submitted,

        By:  /s/ William A. Wertheimer, Jr.
        William A. Wertheimer, Jr.
        Counsel for petitioner Jawad Jabbar Sadkhan
        30515 Timberbrook Lane
        Bingham Farms, MI 48025
        (248) 644-9200

Dated: 20 July 2006