IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAWAD JABBAR SADKHAN,<br><br>    Petitioner,<br><br> v.<br><br>GEORGE W. BUSH,<br> President of the United States,<br> *et al.,*<br><br>    Respondents. | Civil Action No. 05-CV-1487 (RMC) (AK) |

### NOTICE OF FILING AND SUMMARY OF PETITIONER'S OPPOSITION TO GOVERNMENT'S MOTION TO EXAMINE PRIVILEGED COMMUNICATIONS AND MOTION TO SHOW CAUSE WHY RESPONDENTS SHOULD NOT BE HELD IN CONTEMPT

As required by the Amended Protective Order, the undersigned gives notice that on 20 July 2006 a copy of petitioner's opposition to government's motion to examine privileged communications and motion to show cause why respondents should not be held in contempt was submitted by mail to the Court Security Officer for clearance for public filing.

The opposition explains why the Court should not accede to the government's actions in seizing attorney-client materials without notice to counsel or approval of the Court in violation of the Amended Protective Order. The opposition also asks for an order requiring the government to show cause why it should not be held in contempt for this conduct.

The motion will be filed via the electronic case filing system when it has been cleared by the Court Security Officer.

Respectfully submitted,

By: /s/ William A. Wertheimer, Jr.
William A. Wertheimer, Jr.
Counsel for petitioner Jawad Jabbar Sadkhan
30515 Timberbrook Lane
Bingham Farms, MI 48025
(248) 644-9200


Dated: 20 July 2006