IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAWAD JABBAR SADKHAN, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 05-CV-1487 (RMC) (AK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) | |
| Respondents. | ) | |

## DECLARATION OF WILLIAM A. WERTHEIMER, JR.

Pursuant to 28 U.S.C. § 1746, William A. Wertheimer, Jr., declares:

1) I have obtained an appropriate security clearance and agreed to be bound by the appropriate orders entered in the above matter;

2) I met with Jawad Jabbar Sadkhan for two days in January of this year at Guantanamo;

3) At one of our meetings he informed me that he had twice attempted suicide in 2003 (or late 2002) out of despair but was no longer suicidal;

4) He also informed me that on each of these occasions the guards rescued and then beat him;

5) I made a note of this in my notes and they have been declassified;

6) Since meeting with my client we have communicated by letters back and forth.

s/William A. Wertheimer, Jr.

Dated: 20 July 2006