IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAWAD JABBAR SADKHAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>GEORGE W. BUSH,<br>　President of the United States,<br>　*et al.*,<br><br>　　　　Respondents. | Civil Action No. 05-CV-1487 (RMC) (AK) |

### PETITIONER'S NOTICE OF SUPPLEMENTAL AUTHORITY RE RESPONDENTS' MOTION FOR PROCEDURES RELATING TO REVIEW OF CERTAIN DETAINEE MATERIALS

Petitioner objected to respondents proposal to create a "filter team" to review the papers they seized from petitioner and others. (Docket numbers 22, 27 and 31.) On 28 July 2006 the Court of Appeals in *United States v. Rayburn House Office Building, Room 2113*, No. 06-3105 rejected a plan to create a "filter team" to review potentially privileged documents seized by the government in the criminal investigation of Representative William Jefferson. Petitioner incorporates by reference the cleared notice of supplemental authority filed yesterday with this Court by petitioners in *Abdah v. Bush,* No. 04-1254 at docket number 184 that further explains the relevance of this decision here.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:  /s/ William A. Wertheimer, Jr.
　　　　　　　　　　　　　　　　　　William A. Wertheimer, Jr.
　　　　　　　　　　　　　　　　　　Counsel for petitioner Jawad Jabbar Sadkhan
　　　　　　　　　　　　　　　　　　30515 Timberbrook Lane
　　　　　　　　　　　　　　　　　　Bingham Farms, MI 48025
　　　　　　　　　　　　　　　　　　(248) 644-9200

Dated: 1 August 2006