IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAWAD JABBAR SADKHAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1487 (RMC)(AK) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |
| _____) | |

**ORDER**

Upon consideration of Petitioner's Motion to Compel Privilege Team Compliance with Amended Protective Order [21], it is this _12th_ day of October, 2006, hereby

ORDERED that Petitioner's Motion is GRANTED, and it is

FURTHER ORDERED that Petitioner's letter to his counsel, including the two-page statement of another detainee allegedly confessing to lying about the Petitioner is clearly related to counsel's representation of Petitioner and constitutes legal mail under the Protective Order, and it is

FURTHER ORDERED that the Privilege Review Team shall promptly conduct a classification review of the material submitted to it by Petitioner's counsel for review.

SO ORDERED.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE