IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAWAD JABBAR SADKHAN | ) | |
| | ) | |
| *Petitioners*, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-CV-1487 RMC |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
| | ) | |
| *Respondents*. | ) | |
| | ) | |

**APPEARANCE AND CERTIFICATION OF PRO BONO REPRESENTATION**

Pursuant to Local Rule 83.2(g), Matthew R. Devine hereby enters his appearance as counsel for Petitioners in the above-captioned case. Mr. Devine certifies that he is a member in good standing of the Illinois Supreme Court bar and that he has undertaken the representation of Petitioners without compensation.

Respectfully submitted,

s/Matthew R. Devine_____        Dated: December 15, 2006
Matthew R. Devine
   Illinois Bar No. 6282744
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 840-7415
Fax: (312) 840-7515
Email: mdevine@jenner.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Appearance and Certification of Pro Bono Representation was served upon the following counsel of record by the CM/ECF system on the 15th day of December, 2006:

    Terry Marcus Henry
    United States Department of Justice
    Email: terry.henry@usdoj.gov

    Preeya M. Noronha
    United States Department of Justice
    Email: preeya.noronha@usdoj.gov

    William A. Wertheimer Jr.
    Counsel for Mr. Sadkhan
    Email: wert@tir.com

    /s/Matthew R. Devine
    Matthew R. Devine
    Illinois Bar No. 6282744
    Jenner & Block LLP
    330 North Wabash Avenue
    Chicago, Illinois 60611-7603
    Tel: (312) 840-7415
    Fax: (312) 840-7515