IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAWAD JABBAR SADKHAN | ) | |
| | ) | |
| *Petitioners*, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-CV-1487 RMC |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
| | ) | |
| *Respondents*. | ) | |

## APPEARANCE AND CERTIFICATION OF PRO BONO REPRESENTATION

Pursuant to Local Rule 83.2(g), Jeffrey D. Colman hereby enters his appearance as counsel for Petitioners in the above-captioned case. Mr. Colman certifies that he is an active member in good standing of the bar of the Illinois Supreme Court, and he is an inactive member of the bar of the California Supreme Court. Mr. Colman further certifies that he has undertaken the representation of Petitioners without compensation.

Respectfully submitted,

/s/ Jeffrey D. Colman_____          Dated: December 15, 2006
Jeffrey D. Colman
   Illinois Bar No. 491160
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 923-2940
Fax: (312) 840-7340
Email: jcolman@jenner.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appearance and Certification of Pro Bono Representation was served upon the following counsel of record by the CM/ECF system on the 15th day of December, 2006:

Terry Marcus Henry
United States Department of Justice
Email: terry.henry@usdoj.gov

Preeya M. Noronha
United States Department of Justice
Email: preeya.noronha@usdoj.gov

William A. Wertheimer Jr.
Counsel for Mr. Sadkhan
Email: wert@tir.com

   /s/Jeffrey D. Colman
Jeffrey D. Colman
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 923-2940
Fax: (312) 840-7340
Email: jcolman@jenner.com