IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAWAD JABBAR SADKHAN | ) | |
| | ) | |
| *Petitioners*, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-CV-1487 RMC |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
| | ) | |
| *Respondents*. | ) | |

## NOTICE OF FILING

Please take notice that Petitioners' counsel Jeffrey D. Colman hereby files his Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement in the above-captioned matter, copies of which are attached hereto.

Respectfully submitted,

/s/ Jeffrey D. Colman                     Dated: December 20, 2006
Jeffrey D. Colman
   Illinois Bar No. 491160
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 923-2940
Fax: (312) 840-7340
Email: jcolman@jenner.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing and the attached Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement were served upon the following counsel of record by the CM/ECF system on the 20th day of December, 2006:

>Terry Marcus Henry
>United States Department of Justice
>Email: terry.henry@usdoj.gov
>
>Preeya M. Noronha
>United States Department of Justice
>Email: preeya.noronha@usdoj.gov
>
>William A. Wertheimer Jr.
>Counsel for Mr. Sadkhan
>Email: wert@tir.com

>  /s/Jeffrey D. Colman
>Jeffrey D. Colman
>JENNER & BLOCK LLP
>330 North Wabash Avenue
>Chicago, Illinois 60611
>Tel: (312) 923-2940
>Fax: (312) 840-7340
>Email: jcolman@jenner.com