**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAWAD JABBAR SADKHAN | ) | |
| | ) | |
| | ) | |
| *Petitioners*, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-CV-1487 RMC |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
| | ) | |
| *Respondents*. | ) | |
| | ) | |

**<u>NOTICE OF FILING</u>**

Please take notice that Petitioners' counsel Matthew R. Devine hereby files his Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement in the above-captioned matter, copies of which are attached hereto.

Respectfully submitted,

/s/ Matthew R. Devine_____                Dated:  January 12, 2007
Matthew R. Devine
    Illinois Bar No. 6282744
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 840-7415
Fax: (312) 840-7515
Email: mdevine@jenner.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing and the attached Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement were served upon the following counsel of record by the CM/ECF system on the 12th of January, 2007:

Terry Marcus Henry
United States Department of Justice
Email: terry.henry@usdoj.gov

William A. Wertheimer Jr.
Counsel for Mr. Sadkhan
Email: wert@tir.com

  /s/Matthew R. Devine
Matthew R. Devine
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 840-7415
Fax: (312) 840-7515
Email: mdevine@jenner.com