**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAWAD JABBAR SADKHAN ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| v. ) | Case No. 1:05-CV-1487 RMC |
| ) | |
| GEORGE W. BUSH, et al. ) | |
| ) | |
| *Respondents*. ) | |

**ACKNOWLEDGEMENT**

Counsel for Petitioners, Matthew R. Devine, hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Jawad Jabbar Sadkhan v. Bush, et al.*, Case No. 1:05-CV-1487 (RMC), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: January 12, 2007          BY:          Matthew R. Devine
                                                    (type or print name)

                                       SIGNED: /s/ Matthew R. Devine