IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAWAD JABBAR SADKHAN, ) | |
| ) | |
|     *Petitioner,* ) | |
| ) | |
| v. ) | Case No. 1:05-CV-1487 RMC |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
|     *Respondents.* ) | |

## NOTICE OF FILING

Please take notice that on May 3, 2007 at approximately 4 p.m. eastern time Petitioner's counsel filed an Opposition to Respondents' Motion to Dismiss, a Motion for Stay-and-Abey Order and a Notice of Intention to File a Petition under the Detainee Treatment Act. Petitioner's counsel filed this document with the Court Security Officer pursuant to the terms of the Protective Order.

| | |
|---|---|
| Respectfully submitted, | Dated: May 3, 2007 |
| __/s/ Matthew R. Devine_____ | |
| Jeffrey D. Colman | William A. Wertheimer, Jr. |
|   Illinois Bar No. 491160 | LAW OFFICES OF WILLIAM A. |
| Matthew R. Devine | WERTHEIMER, JR. |
|   Illinois Bar No. 6282744 | 30515 Timberbrook Lane |
| JENNER & BLOCK LLP | Bingham Farms, Michigan 48025 |
| 330 North Wabash Avenue | T: (248) 644-9200 |
| Chicago, Illinois 60611 | Email: wert@tir.com |
| Tel: (312) 923-2940 | |
| Fax: (312) 840-7340 | |
| Email: mdevine@jenner.com | |

1532995.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2007, I caused the foregoing Notice of Filing to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

>Judry Laeb Subar
>United States Department of Justice
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>20 Massachusetts Avenue NW
>Washington, D.C. 20044

>        /s/ Matthew R. Devine        
>        Matthew R. Devine
>        JENNER & BLOCK LLP
>        330 North Wabash Avenue
>        Chicago, Illinois 60611
>        T: (312) 840-7415
>        F: (312) 840-7515
>        Email: mdevine@jenner.com