UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAWAD JABBAR SADKHAN, | ) ) ) ) |  |
| Petitioner, | ) ) |  |
| v. | ) ) | Civil Action No. 05-1487 (RMC) |
| GEORGE W. BUSH, *et al.*, | ) ) ) |  |
| Respondents. | ) ) |  |

**MEMORANDUM OPINION AND ORDER**

Petitioner Jawad Jabbar Sadkhan, a detainee at the United States Naval Station in Guantanamo Bay, Cuba, filed a petition for a writ of habeas corpus on July 28, 2005. Now before the Court are (1) Respondents' Motion to Dismiss and (2) Petitioner's Opposition, Motion to Stay and Hold Proceedings in Abeyance, and Notice of Intent to File a Petition Under the Detainee Treatment Act. Upon consideration of the pleadings and the case law, *see Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007); *Kiyemba v. Bush*, No. 05-5487, 2007 WL 964612 (D.C. Cir. Mar. 22, 2007); *Zalita v. Bush*, No. 07-5129 (D.C. Cir. Apr. 25, 2007) (*per curiam*), it is hereby

**ORDERED** that Respondents' Motion to Dismiss [Dkt. #48] is **GRANTED**; and it is

**FURTHER ORDERED** that Petitioner's Motion to Stay and Hold Proceedings in Abeyance [Dkt. #50] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED** for lack of subject matter jurisdiction, and all other pending motions are hereby **DENIED** as moot; accordingly, this case is closed.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: May 9, 2007