APPROVED FOR PUBLIC FILING BY THE CSO

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAWAD JABBAR SADKHAN, ) | |
| ) | |
| *Petitioner,* ) | |
| ) | |
| v. ) | Case No. 05-CV-1487 (RMC) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| *Respondents.* ) | |

## NOTICE OF APPEAL

Notice is hereby given this 2nd day of July, 2007, that Jawad Jabbar Sadkhan hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 9th day of May, 2007 in favor of Respondents and against said Petitioner, dismissing his petition for habeas corpus for lack of jurisdiction.

/s/ David W. DeBruin
One of the Attorneys for the Petitioners

Jeffrey D. Colman
   Illinois Bar No. 491160
Matthew R. Devine
   Illinois Bar No. 6282744
Sapna G. Lalmalani
   Illinois Bar No. 6291718
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 923-2940
Fax: (312) 840-7340
Email: jcolman@jenner.com

David W. DeBruin (DDC Bar No. 337626)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, D.C. 20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

William A. Wertheimer, Jr.
LAW OFFICES OF WILLIAM A. WERTHEIMER, JR.
30515 Timberbrook Lane
Bingham Farms, Michigan 48025
T: (248) 644-9200
Email: wert@tir.com

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**     Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Judry Laeb Subar
United States Department of Justice
20 Massachusetts Avenue NW
Washington, D.C. 20530

Terry Marcus Henry
United States Department of Justice
20 Massachusetts Avenue NW
Washington, D.C. 20044

Peter D. Kessler
Jonathan F. Kohn
Douglas N. Letter
Robert M. Loeb
United States Department of Justice
Civil Division, Room 7231
950 Pennsylvania Avenue NW
Washington, D.C. 20530