APPROVED FOR PUBLIC FILING BY THE CSO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAWAD JABBAR SADKHAN, ) | |
| ) | |
|     *Petitioner,* ) | |
| ) | |
| v. ) | Case No. 05-CV-1487 (RMC) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
|     *Respondents.* ) | |

**PETITIONER'S MOTION FOR WAIVER OF FILING FEE AND PERMISSION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

Pursuant to Rule 24(a)(1) of the Federal Rules of Appellate Procedure, Petitioner Jawad Jabbar Sadkhan ("Petitioner") hereby moves for an order waiving the filing fee and for leave to proceed *in forma pauperis* on appeal, and in support thereof states:

1. Petitioner has been and is presently incarcerated by the United States military at the United States Naval Station at Guantánamo Bay, Cuba ("Guantánamo").

2. Petitioner is represented by counsel on a *pro bono* basis in this action and in a Detainee Treatment Act proceeding in the United States Court of Appeals for the District of Columbia. *See Al-Sahlani v. Gates*, No. 07-1149 (D.C. Cir. May 18, 2007). (Ex. A (Declaration of Jeffrey D. Colman), ¶ 4.) Petitioner is indigent and cannot afford the filing fee. (Ex. A, ¶ 6.) Petitioner has been unable to work and has had no income during the period of his incarceration. (Ex. A, ¶ 7). He has no contact with the outside world, with the exception of visits from counsel and possibly restricted mail communication. (*Id.*) Petitioner has no assets that are known to Petitioner's counsel. (*Id.*) Even if he had assets outside Guantánamo, Petitioner has no way to access them. (*Id.*)

3. Completion of the *in forma pauperis* affidavit attached as Form 4 to the Federal Rules of Appellate Procedure is not practical in this case. Petitioner does not speak English. (Ex. A, ¶ 8.) His native language is Arabic. (*Id.*) Petitioner would not understand the form without the costly assistance of a translator and counsel. (*Id.*)

4. A trip to Guantánamo takes many weeks to arrange, and costs more than the $450 filing fee that would otherwise be applicable to this appeal. Counsel is not permitted to telephone Petitioner. Mail service is available, but the turnaround for letters between counsel and Petitioner is measured in months.

5. As a substitute for Petitioner's *in forma pauperis* affidavit, Petitioner's counsel Jeffrey D. Colman respectfully submits a Declaration (Ex. A) attesting, to the best of his knowledge and belief, to Petitioner's inability to pay the fee, and the essential facts underlying this Motion.

6. If this Motion is denied, Petitioner requests that the case be retained on the docket. Petitioner's counsel will personally pay the filing fee in that event.

WHEREFORE, Petitioner Jawad Jabbar Sadkhan requests that the Court waive the filing fee for this appeal and permit Petitioner to proceed *in forma pauperis* without the necessity of an affidavit from Petitioner.

Dated: July 2, 2007

Respectfully submitted,

/s/ David W. DeBruin_____
One of the Attorneys for the Petitioners

| | |
|---|---|
| Jeffrey D. Colman<br>   Illinois Bar No. 491160<br>Matthew R. Devine<br>   Illinois Bar No. 6282744<br>Sapna G. Lalmalani<br>   Illinois Bar No. 6291718<br>JENNER & BLOCK LLP<br>330 North Wabash Avenue<br>Chicago, Illinois 60611<br>Tel: (312) 923-2940<br>Fax: (312) 840-7340<br>Email: jcolman@jenner.com | David W. DeBruin (DDC Bar No. 337626)<br>JENNER & BLOCK LLP<br>601 Thirteenth Street, N.W., Suite 1200<br>Washington, D.C. 20005-3823<br>Tel: (202) 639-6000<br>Fax: (202) 639-6066 |

William A. Wertheimer, Jr.
LAW OFFICES OF WILLIAM A. WERTHEIMER, JR.
30515 Timberbrook Lane
Bingham Farms, Michigan 48025
T: (248) 644-9200
Email: wert@tir.com

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAWAD JABBAR SADKHAN, | ) |
| *Petitioner,* | ) ) |
| v. | ) ) Case No. 05-CV-1487 (RMC) |
| GEORGE W. BUSH, et al., | ) ) ) |
| *Respondents.* | ) |

## DECLARATION OF JEFFREY D. COLMAN

I, Jeffrey D. Colman, declare as follows:

1. This declaration is submitted in support of Petitioner's Motion for Waiver of Filing Fee and to Proceed *In Forma Pauperis* on Appeal.

2. I am an attorney licensed to practice in Illinois and in the United States Court of Appeals for the District of Columbia. My D.C. Cir. Bar No. is 51106.

3. I am a Partner at Jenner & Block LLP, 330 North Wabash Avenue, Chicago, Illinois 60611.

4. Along with Jenner & Block Associate Matthew R. Devine, I have represented Jawad Jabbar Sadkhan ("Petitioner") since on or about December 2006 on a *pro bono* basis. We have neither sought nor received compensation from Petitioner for our legal services.

5. In addition to representing Petitioner in prosecuting a *habeas corpus* petition in this Court, we represent Petitioner in a Detainee Treatment Act proceeding in the United States Court of Appeals for the District of Columbia. *Al-Sahlani v. Gates*, No. 07-1149 (D.C. Cir. May 18, 2007).

1

6. I have concluded that Petitioner is indigent. This conclusion is based upon the following. I personally met with Petitioner at the United States Naval Station in Guantánamo Bay, Cuba in January 2007.

7. Petitioner has been and is presently incarcerated at Guantánamo Bay. Petitioner has no visible means of support and no assets that are known to me. Even if Petitioner had assets, Petitioner has no way to access them. Petitioner has not worked for income during his incarceration. During his incarceration, Petitioner's contact with the outside world has been limited to visits from counsel and restricted mail communication.

8. Petitioner speaks Arabic and does not speak English. During my visit with Petitioner, I relied upon a translator to communicate with Petitioner.

9. For the above stated reasons, it is my conviction that Petitioner lacks the financial resources to pay this Court's filing fee.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing statements are true and correct. Executed on July 2, 2007.

                                                                       /s/ Jeffrey D. Colman
                                                                          Jeffrey D. Colman

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2007, I electronically filed the foregoing Petitioner's Motion for Waiver of Filing Fee and Permission to Proceed *In Forma Pauperis* on Appeal in the U.S. District Court for the District of Columbia. The electronic system will cause copies of the foregoing documents to be served upon the following:

> Judry Laeb Subar
> United States Department of Justice
> 20 Massachusetts Avenue NW
> Washington, D.C. 20530
>
> Terry Marcus Henry
> United States Department of Justice
> 20 Massachusetts Avenue NW
> Washington, D.C. 20044
>
> Peter D. Kessler
> Jonathan F. Kohn
> Douglas N. Letter
> Robert M. Loeb
> United States Department of Justice
> Civil Division, Room 7231
> 950 Pennsylvania Avenue NW
> Washington, D.C. 20530

>     /s/ David W. DeBruin
>     David W. DeBruin
>     JENNER & BLOCK LLP
>     330 North Wabash Avenue
>     Chicago, Illinois 60611
>     T: (312) 840-7415
>     F: (312) 840-7515