UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAWAD JABBAR SADKHAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-1487 (RMC) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

ORDER

Good cause appearing, it is hereby

**ORDERED** that Petitioner's Motion for waiver of filing fee and leave to proceed on appeal in forma pauperis filed on July 2, 2007 [Dkt. #53] is **GRANTED**.

**SO ORDERED.**

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

DATE: July 5, 2007