IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAWAD JABBAR SADKHAN, | ) <br> ) <br> ) |
| Petitioner, | ) <br> ) |
| v. | )    Civil Action No. 05-1487 (RMC) <br> ) |
| GEORGE W. BUSH, *et al.*, | ) <br> ) |
| Respondents. | ) <br> ) |

**RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION
UNDER RULE 60(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Respondents hereby respond to petitioner's Motion for Reconsideration of Order Dismissing Petition for Habeas Corpus and Denying Motion to Stay Proceedings and Hold in Abeyance (dkt. no. 56). While respondents recognize that the Court has issued orders in other Guantanamo detainee cases granting the relief requested by petitioner, *see Al Shimrani v. Bush*, No. 05-CV-2249 (D.D.C.) (RMC) (dkt. no. 59), *Saib v. Bush*, No. 05-CV-1353 (D.D.C.) (RMC) (dkt. no. 68), and *Mousovi v. Bush*, 05-CV-1124 (D.D.C.) (RMC) (dkt. no. 74), respondents respectfully continue to oppose such relief in this case on the basis of the arguments expressed in their oppositions to petitioners' motions under Federal Rule of Civil Procedure 60(b)(6) in *Saib* (dkt. no. 66) (attached as Exhibit 1) and *Mousovi* (dkt. no. 71) (attached as Exhibit 2). Moreover, petitioner's motion is materially indistinguishable from the Federal Rule of Civil Procedure 60(b)(6) motion filed in *Shafiiq v. Bush*, No. 05-CV-1506 (D.D.C.) (RMC) (dkt. no. 56), which the Court denied for lack of subject-matter jurisdiction (dkt. no. 58) (attached as Exhibit 3). Specifically, the Court granted respondents' motion to dismiss on May 9, 2007 (dkt. no. 51), and petitioner subsequently filed a notice of appeal on July 2, 2007 with respect to the

Court's May 9 order (dkt. no. 52). In this case just as in *Shafiiq*, the Court of Appeals and not this Court has subject-matter jurisdiction. *See Shafiiq*, No. 05-CV-1506 (D.D.C.) RMC) (dkt. no. 56).[1]

For the reasons set forth in the attached briefs, which are incorporated herein, and the reasons stated in the Court's order in *Shafiiq* denying petitioner's Federal Rule of Civil Procedure 60(b)(6) motion in that case, petitioner's motion should be denied.

Dated: October 17, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

　　/s/ Nicholas A. Oldham
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107

Attorneys for Respondents

---

[1] Petitioner effectively acknowledges that the Court lacks subject-matter jurisdiction over this case. Pet'rs' Rule 60(b)(6) Motion at 2 fn. 2.