**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAWAD JABBAR SADKHAN, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 05-1487 (RMC) |
| GEORGE W. BUSH, *et al.*, ) | |
| Respondents. ) | |

**[Proposed] Order**

It is hereby ordered that Petitioner's Motion Under Rule 60(b)(6) of the Federal Rules of Civil Procedure (dkt. no. 56) is DENIED.

IT IS SO ORDERED.

Dated: _____

ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE