# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 07-5237**                                   **September Term, 2007**

05cv01487



**Filed On:**

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    DEC 2 7 2007

CLERK

Jawad Jabbar Sadkhan,
          Appellant

     v.

George W. Bush, President of the United States, et al.,
          Appellees

**BEFORE:**    Rogers, Garland, and Griffith, Circuit Judges

### O R D E R

Upon consideration of the motion for partial remand, the opposition thereto, and the reply; and the cross-motion for summary affirmance and the opposition thereto, it is

**ORDERED** that the case be remanded to allow the district court to consider the pending motion for reconsideration under Federal Rule of Civil Procedure 60(b). See Hoai v. Vo, 935 F.2d 308, 312 (D.C. Cir. 1991); Smith v. Pollin, 194 F.2d 349, 350 (D.C. Cir. 1952) (per curiam).  It is

**FURTHER ORDERED** that the cross-motion for summary affirmance be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App. 41(a)

ISSUED: _____

BY: _____

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs