CLEARED FOR PUBLIC FILING BY THE CSO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAWAD JABBAR SADKHAN, ) | |
| ) | |
| *Petitioner,* ) | |
| ) | |
| v. ) | Case No. 05-CV-1487 (RMC) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| *Respondents.* ) | |

**EMERGENCY MOTION TO VACATE THE STAY, SET DATES FOR A SCHEDULING CONFERENCE AND EVIDENTIARY HEARING, AND FOR OTHER RELIEF**

For the reasons set forth in Petitioner's Statement of Points and Authorities in Support of Petitioner's Emergency Motion to Lift the Stay, Set Dates for a Scheduling Conference and Evidentiary Hearing, and for Other Relief, Petitioner requests that the Court lift the stay entered on January 8, 2008, schedule a status conference within the next several days, and schedule an evidentiary hearing on the merits within 45 days.

Pursuant to Local Rule 7(m), counsel attempted (by telephone and electronic mail) to obtain assent of the Respondents to the relief sought herein. Counsel was unable to reach Andrew Warden (a lawyer at the Department of Justice), and thus assent has not been obtained.

**WHEREFORE**, Petitioner respectfully requests that the Court lift the stay, schedule a status conference within the next several days, and schedule an evidentiary hearing on the merits within 45 days.

Date:   June 16, 2008

Respectfully submitted,

\_\_/s/ David DeBruin_____
One of the Attorneys for the Petitioners

| | |
|---|---|
| Jeffrey D. Colman<br>Sapna G. Lalmalani<br>Sarah E. Crane<br>JENNER & BLOCK LLP<br>330 North Wabash Avenue<br>Chicago, Illinois 60611<br>Tel: (312) 923-2940<br>Fax: (312) 840-7340<br>Email: jcolman@jenner.com | David W. DeBruin (DDC Bar No. 337626)<br>JENNER & BLOCK LLP<br>601 Thirteenth Street, N.W., Suite 1200<br>Washington, D.C. 20005-3823<br>Tel: (202) 639-6000<br>Fax: (202) 639-6066<br><br>William A. Wertheimer, Jr.<br>LAW OFFICES OF WILLIAM A. WERTHEIMER, JR.<br>30515 Timberbrook Lane<br>Bingham Farms, Michigan 48025<br>T: (248) 644-9200<br>Email: wert@tir.com |