UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAWAD JABBAR SADKHAN, )<br>)<br>*Petitioner,* )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>*Respondents.* ) | Case No. 05-CV-1487 (RMC) |

**[PROPOSED] ORDER GRANTING PETITIONER'S EMERGENCY MOTION TO VACATE THE STAY, SET DATES FOR A SCHEDULING CONFERENCE AND EVIDENTIARY HEARING, AND FOR OTHER RELIEF**

For the reasons set forth in Petitioner's Statement of Points and Authorities in Support of Petitioners Emergency Motion to Lift the Stay, Set Dates for a Scheduling Conference and Evidentiary Hearing, and for Other Relief, the Court herby GRANTS Petitioner's Motion to Lift the Stay, Set Dates for a Scheduling Conference and Evidentiary Hearing, and for Other Relief.

The stay entered by order of January 8, 2008 [Docket No. 60] is vacated. The Court will conduct a status conference at _____ _.m. on June ___, 2008.

_____s/_____
ROSEMARY M. COLLYER
United States District Judge