CLEARED FOR PUBLIC FILING BY THE CSO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAWAD JABBAR SADKHAN, )<br>)<br>*Petitioner,* )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>*Respondents.* ) | Case No. 05-CV-1487 (RMC) |

**REPLY IN SUPPORT OF PETITIONER'S EMERGENCY MOTION TO
LIFT THE STAY, SET DATES FOR A SCHEDULING CONFERENCE
AND EVIDENTIARY HEARING, AND FOR OTHER RELIEF**

On June 16, 2008, following the issuance of the *Boumediene* decision, this Petitioner filed an Emergency Motion asking that Your Honor set a scheduling conference and habeas corpus hearing, and for other relief. Petitioner has been incarcerated at Guantánamo for more than six years. As represented in his Emergency Motion, Petitioner's counsel have a long-planned visit with the Petitioner next week. We leave for Guantánamo on June 30, meet with the Petitioner on July 1 and July 2, and return from Guantánamo in the evening of July 2.

In the Emergency Motion, we asked that the Court conduct a scheduling conference before we go to Guantánamo. We remain available to come to Washington, D.C. this week or to participate by telephone. We ask that the Court please schedule a conference before we leave for Guantánamo on June 30. It is fundamentally important to the attorney-client relationship and to preparation for the habeas corpus hearing that we be able to address these issues with the Court before we go to Guantánamo. Among other things, we hope the Court understands:

1. The attorney-client relationship in the Guantánamo matters is a very tenuous one. The Guantánamo prisoners have suffered substantial physical and emotional deprivation.

2

      2.      Our client consistently has professed his innocence. When we visit with him next week, our client will want to know what is happening with his case and when his habeas corpus hearing will be conducted.

      3.      After we leave Guantánamo, under current procedures, it will take approximately six (6) weeks for us to exchange correspondence with our client. It currently takes approximately three (3) weeks for our client to receive a letter from us and another three (3) weeks for us to receive his reply.

      4.      Because of the difficulty in arranging for interpreters with appropriate security clearance and other logistical issues, it generally takes two months or more of advance planning to make a trip to Guantánamo to visit a client.

On July 23, the Respondents filed a response – purportedly to our Emergency Motion, but in a wholesale manner to a number of other petitioners' motions. The Respondents state that they are not opposed to lifting the stay, but that a response to our request for other relief is "not appropriate at this time, given the ongoing discussions before Chief Judge Lamberth." We understand that Judge Lamberth is meeting with habeas counsel in an attempt to expedite these proceedings and not further delay them.

Date: June 25, 2008                            Respectfully submitted,

                                                      /s/ David W. DeBruin
                                                     One of the Attorneys for the Petitioner
                                                     Jeffrey D. Colman
                                                     Sapna G. Lalmalani
                                                     Sarah E. Crane
                                                     JENNER & BLOCK LLP
                                                     330 North Wabash Avenue
                                                     Chicago, Illinois 60611
                                                     Tel: (312) 923-2940
                                                     Fax: (312) 840-7340
                                                     Email: jcolman@jenner.com

David W. DeBruin
(DDC Bar No. 337626)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Suite 1200
Washington, D.C. 20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

William A. Wertheimer, Jr.
LAW OFFICES OF WILLIAM A.
 WERTHEIMER, JR.
30515 Timberbrook Lane
Bingham Farms, Michigan 48025
Tel: (248) 644-9200
Email: wert@tir.com

3

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 25, 2008, I filed and served the foregoing Reply In Support of Petitioner's Emergency Motion to Lift the Stay, Set Dates for a Scheduling Conference and Evidentiary Hearing, and for Other Relief by causing the original and five copies to be delivered to the Court Security Officer, with the original to be forwarded to the Court and one copy to be forwarded to the following counsel of record via U.S. Mail:

>Judry Laeb Subar
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

                                                _/s/ David D. DeBruin_____
                                                David D. DeBruin