# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:
GUANTANAMO BAY
 DETAINEE LITIGATION

Misc. No. 08-442 (TFH)
Civil Action Nos.
02-CV-0828, 04-CV-1136, 04-CV-1164,
04-CV-1194, 04-CV-1254, 04-CV-1937,
04-CV-2022, 04-CV-2035, 04-CV-2046,
04-CV-2215, 05-CV-0023, 05-CV-0247,
05-CV-0270, 05-CV-0280, 05-CV-0329,
05-CV-0359, 05-CV-0392, 05-CV-0492,
05-CV-0520, 05-CV-0526, 05-CV-0569,
05-CV-0634, 05-CV-0748, 05-CV-0763,
05-CV-0764, 05-CV-0833, 05-CV-0877,
05-CV-0881, 05-CV-0883, 05-CV-0889,
05-CV-0892, 05-CV-0993, 05-CV-0994,
05-CV-0995, 05-CV-0998, 05-CV-0999,
05-CV-1048, 05-CV-1124, 05-CV-1189,
05-CV-1220, 05-CV-1236, 05-CV-1244,
05-CV-1347, 05-CV-1353, 05-CV-1429,
05-CV-1457, 05-CV-1458, 05-CV-1487,
05-CV-1490, 05-CV-1497, 05-CV-1504,
05-CV-1505, 05-CV-1506, 05-CV-1509,
05-CV-1555, 05-CV-1590, 05-CV-1592,
05-CV-1601, 05-CV-1602, 05-CV-1607,
05-CV-1623, 05-CV-1638, 05-CV-1639,
05-CV-1645, 05-CV-1646, 05-CV-1649,
05-CV-1678, 05-CV-1704, 05-CV-1725,
05-CV-1971, 05-CV-1983, 05-CV-2010,
05-CV-2083, 05-CV-2088, 05-CV-2104,
05-CV-2112, 05-CV-2185, 05-CV-2186,
05-CV-2199, 05-CV-2200, 05-CV-2249,
05-CV-2349, 05-CV-2367, 05-CV-2371,
05-CV-2378, 05-CV-2379, 05-CV-2380,
05-CV-2381, 05-CV-2384, 05-CV-2385,
05-CV-2386, 05-CV-2387, 05-CV-2398,
05-CV-2444, 05-CV-2477, 05-CV-2479,
06-CV-0618, 06-CV-1668, 06-CV-1674,
06-CV-1684, 06-CV-1688, 06-CV-1690,
06-CV-1691, 06-CV-1758, 06-CV-1759,
06-CV-1761, 06-CV-1765, 06-CV-1766,
06-CV-1767, 07-CV-1710, 07-CV-2337,
07-CV-2338, 08-CV-0987, 08-CV-1085,
08-CV-1101, 08-CV-1104, 08-CV-1153,
08-CV-1185, 08-CV-1207

## RESPONDENTS' SUPPLEMENTAL STATUS REPORT

Respondents submit this supplemental status report regarding the delivery of unclassified

Combatant Status Review Tribunal ("CSRT") records to petitioners' counsel and state as follows:

1. In its July 11, 2008 Order, ¶ 2.K, the Court required the parties to report "on any

agreement for the government to provide unclassified portions of the CSRT records to petitioners

who have had their CSRT reviews by July 31, 2008."

2. In the parties July 21, 2008 Joint Report at 17, respondents stated:

> Respondents have agreed that they would provide to a petitioner's counsel the
> unclassified portions of the CSRT record pertaining to that petitioner, where
> petitioner's counsel have not previously had access to the unclassified or classified
> CSRT record either through habeas litigation or litigation in the Court of Appeals
> under the Detainee Treatment Act.  Respondents anticipate providing such
> unclassified materials by July 31, 2008, or shortly thereafter. If this undertaking is
> not complete by July 31, 2008, respondents will provide a status report to the
> Court on August 1, 2008, updating the Court regarding the matter and providing
> an anticipated completion date.

3. Respondents were unable to produce the unclassified portions of the CSRT records by

July 31, 2008.  Review of said materials for possible designation of unclassified information as

"protected information" under the protective order regime[1] is ongoing.

4. Respondents expect and intend to serve the unclassified CSRT materials on counsel for

petitioners no later than August 6, 2008.

---

[1] *See* Amended Protective Order and Procedures for Counsel Access to Detainees at the
United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004, 344 F.
Supp. 2d 174 (D.D.C. 2004); Order Addressing Designation Procedures for "Protected
Information," first issued on November 10, 2004; and (3) Order Supplementing and Amending
Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on
December 13, 2004.

Dated: August 1, 2008                    Respectfully submitted,

                                         GREGORY G. KATSAS
                                         Assistant Attorney General

                                         JOHN C. O'QUINN
                                         Deputy Assistant Attorney General

                                         ___/s/ Terry M. Henry_____
                                         JOSEPH H. HUNT (D.C. Bar No. 431134)
                                         VINCENT M. GARVEY (D.C. Bar No. 127191)
                                         JUDRY L. SUBAR
                                         TERRY M. HENRY
                                         ANDREW I. WARDEN
                                         PAUL E. AHERN
                                         Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Ave., N.W.
                                         Washington, DC  20530
                                         Tel:  (202) 514-4107
                                         Fax:  (202) 616-8470

                                         Attorneys for Respondents