**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ) <br> IN RE: ) <br> ) <br> GUANTANAMO BAY ) <br> DETAINEE LITIGATION ) <br> ) | Misc. No. 08-442 (TFH) <br><br><br> Civil Action No. 05-1487 (RMC) |

**NOTICE ADOPTING THE NOTICE OF FILING AND SUMMARY OF
PETITIONERS' RESPONSE TO RESPONDENTS' MOTION FOR
RELIEF FROM SCHEDULING ORDER**

Petitioner hereby joins and adopts the Notice of Filing and Summary of Petitioners' Response to Respondents' Motion for Relief from Scheduling Order ("Notice") and the forthcoming Response. The Notice was filed by David H. Remes of Appeal for Justice, S. William Livingston and Alan A. Pemberton of Covington & Burling LLP, and Marc D. Falkoff of Northern Illinois University College of Law on 09/08/2008 as miscellaneous docket number 357. Petitioner's case number was mistakenly omitted from the Notice.

| Dated: September 8, 2008 | Respectfully submitted, |
|---|---|
|  |  |
|  | /s/ Jeffrey D. Colman<br>JENNER & BLOCK LLP<br>Jeffrey D. Colman<br>Sapna G. Lalmalani<br>Sarah E. Crane<br>330 N. Wabash Avenue<br>Chicago, Illinois 60611<br>T: (312) 222-9350<br>F: (312) 527-0484 |
|  |  |
|  | LAW OFFICES OF<br>WILLIAM A. WERTHEIMER, JR.<br>William A. Wertheimer, Jr.<br>30515 Timberbrook Lane |

|  | Bingham Farms, Michigan 48025<br>T:  (248) 644-9200<br>F:  (248) 593-5128 |
|---|---|
|  |  |
|  | Of Counsel:<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>Shayana Kadidal<br>666 Broadway, 7th Floor<br>New York, New York 10012<br>Tel:  (212) 614-6438<br>Fax:  (212) 614-6499<br><br>(Attorneys for Petitioner) |

Certificate of Service

I certify that on September 8, 2008, I caused the foregoing to be served on the following attorneys via electronic filing:

Terry Marcus Henry
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044
(202) 514-4107
(202) 616-8470 (fax)
terry.henry@usdoj.gov

Judry Laeb Subar
U.S. DEPARTMENT OF JUSTICE
P.O. Box 833
Suite 7342
Washington, DC 20044-0833
(202) 514-3969
judry.subar@usdoj.gov

Andrew I. Warden
U.S. DEPARTMENT OF JUSTICE,
CIVIL DIVISION, FEDERAL PROGRAMS
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-5084
(202) 616-8460 (fax)
andrew.warden@usdoj.gov

Alexander Kenneth Haas
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC
(202) 307-3937
Fax: (202) 616-8470
alexander.haas@usdoj.gov

Nicholas Andrew Oldham
U.S. DEPARTMENT OF JUSTICE,
CIVIL DIVISION
Federal Programs Branch

20 Massachusetts Ave., N.W.
Washington, DC 20530
(202) 514-3367
Fax: (202) 616-8470
Nicholas.Oldham@usdoj.gov
*PRO HAC VICE*

    /s/ Jeffrey D. Colman
Jeffrey D. Colman