**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | )<br>)<br>)<br>) **Misc. No. 08-442 (TFH)**<br>)<br>) **Civil Action No. 05-CV-1487 (RMC)**<br>)<br>)<br>) |

**NOTICE OF AUTHORIZATION**

Pursuant to the Court's Order of July 29, 2008, Petitioner Jawad Jabbar Sadkhan Al-Sahlani ("Jawad" or "Petitioner") (ISN 433) files this notice of authorization of counsel.

1. On January 23, 2006, Petitioner signed an Acknowledgement of Representation stating that William A. Wertheimer represents him in his petition for writ of habeas corpus and other federal court litigation. This acknowledgement is attached as Exhibit A.

2. In April 2007, Petitioner signed an Authorization of Representation authorizing Jeffrey D. Colman, Jenner & Block LLP, to represent him in all proceedings connected with his incarceration at Guantanamo Bay. The English and signed Arabic translation of this authorization is attached as Exhibit B.

3. On December 5, 2007, Petitioner signed an Authorization of Representation authorizing Sapna G. Lalmalani, Jenner & Block LLP, to represent him in habeas corpus, Detainee Treatment Act, or any other proceedings challenging his detention. This authorization is attached as Exhibit C.

Dated: September 17, 2008         Respectfully submitted,

    /s/ Jeffrey D. Colman
JENNER & BLOCK LLP
Jeffrey D. Colman
Sapna G. Lalmalani
Sarah E. Crane
330 N. Wabash Avenue
Chicago, Illinois 60611
T: (312) 222-9350
F: (312) 527-0484

LAW OFFICES OF
WILLIAM A. WERTHEIMER, JR.
William A. Wertheimer, Jr.
30515 Timberbrook Lane
Bingham Farms, Michigan 48025
T: (248) 644-9200
F: (248) 593-5128

Of Counsel:
CENTER FOR CONSTITUTIONAL RIGHTS
Shayana Kadidal
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6499

(Attorneys for Petitioner)

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2008, I caused the foregoing Notice of Authorization to be delivered to the below-listed counsel of record in the above-captioned matters through the CM/ECF system:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

       /s/ Jeffrey D. Colman