# EXHIBIT B

35

UNCLASSIFIED

## AUTHORIZATION OF REPRESENTATION

I, JJS, hereby acknowledge that Jeffrey D. Colman, Matthew R. Devine and WOW serve as my legal counsel for all proceedings connected w/ my incarceration at US Naval St. at GB Cuba, and I authorize them to act as my legal counsel in such proceedings.

_____
Jawad Jabbar Sadkhan

_____
Date

_____
Witness

_____
Witness

_____
Witness

UNCLASSIFIED

3]

UNCLASSIFIED

إذن بالتوكيل

أنا الموقع أدناه جواد جبار السهلاني، أسمح للمحاميين جيفري د. كولمان و ماثيو ر. ديفاين أن يوثلاني في مطبي القانونية المتعلقة بسجني في القاعدة البحرية الأمريكية في خليج غوانتانامو، و اسمح لهما أن يتصرفا كمحامي القانونيين في هذه الإجراءات.

جواد جبار سرحان السهلاني

التاريخ: ٤/٤/٢٠٠٧

Matthew R. Deevie
اسم الشاهد

Jeffrey D. Colman
اسم الشاهد

اسم الشاهد

UNCLASSIFIED