UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAWAD JABBAR SADKHAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1487 (RMC) |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | UNDER SEAL |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM OPINION**